UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ANN MARIE HARRYMAN,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:15-CV-05365-RBL<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an administrative law judge (ALJ), a new hearing, and a new decision. On remand, the ALJ will 1) provide Plaintiff with an opportunity to submit new evidence; 2) reevaluate the medical evidence; 3) give further consideration to Plaintiff's allegations; 4) give further consideration to Plaintiff's residual functional capacity; and 5) continue with the remaining steps of the sequential evaluation, obtaining supplemental vocational expert testimony, as necessary.

Page 1   ORDER - [3:15-CV-05365-RBL]

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings.  *See*, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 2nd day of December, 2015.

Ronald B. Leighton
United States District Judge

Presented by:

s/ Nancy A. Mishalanie
NANCY A. MISHALANIE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3619
Fax: (206) 615-2531
nancy.mishalanie@ssa.gov